IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY HARRIS, | ) | CASE NO. 4:05 CV 2981 |
| | ) | |
| Petitioner, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| UNITED STATES OF AMERICA, | ) | AND ORDER |
| | ) | |
| Respondent. | ) | |

On December 28, 2005, petitioner pro se Larry Harris filed the above-captioned habeas corpus action. While the petition is unclear, Mr. Harris appears to challenge the validity of his current incarceration at the Federal Correctional Institution at Elkton.

The petition does not set forth allegations intelligible to the court, and there is no reasonable suggestion of grounds which might entitle Mr. Harris to relief. Accordingly, the petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 8 February 2006